# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTON LYNN CASILLAS,<br><br>          Petitioner,<br><br>          v.<br><br>JOHN MARSHALL, Warden,<br><br>          Respondent. | Case No. CV 10-1283-SJO (JEM)<br><br>**JUDGMENT** |

     In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: July 16, 2010

                                                  S. JAMES OTERO<br>
                                       UNITED STATES DISTRICT JUDGE